**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**(Wichita Docket)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | } | |
| Plaintiff, | } | Criminal Action |
| v. | } | No. 6:19-cr-10039-EFM-1 |
| **FLOYD D. SALES, Jr.,** | } | |
| Defendant. | } | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

POSSESSION OF METHAMPHETAMINE
WITH THE INTENT TO DISTRIBUTE
[Title 21, U.S.C. Section 841]

On or about January 20, 2019, in the District of Kansas,

**FLOYD D. SALES, Jr.,**

the defendant herein, did unlawfully and knowingly possess with the intent to distribute more than five (5) grams of Methamphetamine, a controlled substance.

In violation of Title 21, United States Code § 841 and Title 18, United States Code § 2.

## COUNT 2

POSSESSION OF A FIREARM
IN FURTHERANCE OF A
DRUG TRAFFICKING CRIME
[Title 18, U.S.C. Section 924(c)]

On or about January 20, 2019, in the District of Kansas,

**FLOYD D. SALES, Jr.,**

the defendant herein, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is: Possession of Methamphetamine with the Intent to Distribute, as charged in Count 1 of this Indictment.

In violation of Title 18, United States Code § 924(c)(1)(A) and Title 18, United States Code § 2.

## COUNT 3

POSSESSION OF A FIREARM
BY A CONVICTED FELON
[Title 18, U.S.C. Section 922(g)(1)]

On or about January 20, 2019, in the District of Kansas,

**FLOYD D. SALES, Jr.,**

the defendant herein, being previously convicted of a crime punishable by imprisonment for a term exceeding one year (a felony), did knowingly and unlawfully possess, in and affecting commerce, a firearm which was not produced in the state of Kansas and had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code § 922(g)(1) and Title 18, United States Code § 2.

## **FORFEITURE ALLEGATION**

1.      The allegations contained in Counts 1-3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of one or more of the offenses set forth in Counts 1-3 of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offenses, including, but not limited to:

    A.   A Raven Arms .25 caliber semi-automatic handgun, S/N 1144251;
    B.   Ammunition.

All pursuant to 18 United States Code, Section 924(d) and Title 28 United States Code, Section 2461(c).

A TRUE BILL

February 27, 2019          s/ Foreman
DATE          FOREMAN OF THE GRAND JURY

s/ Stephen R. McAllister
STEPHEN R. McALLISTER
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
(316) 269-6481
Ks.S.Ct. No. 15845


(It is requested that trial be held in Wichita, Kansas.)